

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00719-CR

Steven Douglas **MASON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7672
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 22, 2019.

_____
Irene Rios, Justice